# EXHIBIT A

C-24-CV-25-002683

E-FILED; Baltimore City Circuit Court
Docket: 4/3/2025 9:26 AM; Submission: 4/3/2025 9:26 AM
Envelope: 20639159

IN THE CIRCUIT COURT FOR Baltimore City
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT    **CASE NUMBER** _____ (Clerk to insert)
**CASE NAME:** City of Baltimore ex rel. Ebony Thompson    vs.    DraftKings, Inc., and Flutter Entertainment
                       Plaintiff                                                            Defendant
**PARTY'S NAME:** City of Baltimore                                      **PHONE:** 443-984-3421
**PARTY'S ADDRESS:** Baltimore City Law Department, City Hall, Room 101, 100 N. Holliday St. Baltimore, MD, 21202
**PARTY'S E-MAIL:** ebony.thompson@baltimorecity.gov; sara.gross@baltimorecity.gov

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** Adam J. Levitt; Daniel R. Schwartz    **PHONE:** 312-214-7900
**PARTY'S ATTORNEY'S ADDRESS:** DiCello Levitt LLP, 10 N. Dearborn Street, Sixth Floor, Chicago, IL, 60606
**PARTY'S ATTORNEY'S E-MAIL:** alevitt@dicellolevitt.com; dschwartz@dicellolevitt.com
**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours  10  days

### PLEADING TYPE
**New Case:** ☒ Original    ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment    ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

| TORTS | | PUBLIC LAW | |
|---|---|---|---|
| ☐ Asbestos | ☐ Government | ☐ Attorney Grievance | ☐ Constructive Trust |
| ☐ Assault and Battery | ☐ Insurance | ☐ Bond Forfeiture Remission | ☐ Contempt |
| ☐ Business and Commercial | ☐ Product Liability | ☐ Civil Rights | ☐ Deposition Notice |
| ☐ Conspiracy | **PROPERTY** | ☒ County/Mncpl Code/Ord | ☐ Dist Ct Mtn Appeal |
| ☐ Conversion | ☐ Adverse Possession | ☐ Election Law | ☐ Financial |
| ☐ Defamation | ☐ Breach of Lease | ☐ Eminent Domain/Condemn. | ☐ Grand Jury/Petit Jury |
| ☐ False Arrest/Imprisonment | ☐ Detinue | ☐ Environment | ☐ Miscellaneous |
| ☐ Fraud | ☐ Distress/Distrain | ☐ Error Coram Nobis | ☐ Perpetuate Testimony/Evidence |
| ☐ Lead Paint – DOB of Youngest Plt: ____ | ☐ Ejectment | ☐ Habeas Corpus | ☐ Prod. of Documents Req. |
| ☐ Loss of Consortium | ☐ Forcible Entry/Detainer | ☐ Mandamus | ☐ Receivership |
| ☐ Malicious Prosecution | ☐ Foreclosure | ☐ Prisoner Rights | ☐ Sentence Transfer |
| ☐ Malpractice-Medical | ☐ Commercial | ☐ Public Info. Act Records | ☐ Set Aside Deed |
| ☐ Malpractice-Professional | ☐ Residential | ☐ Quarantine/Isolation | ☐ Special Adm. – Atty |
| ☐ Misrepresentation | ☐ Currency or Vehicle | ☐ Writ of Certiorari | ☐ Subpoena Issue/Quash |
| ☐ Motor Tort | ☐ Deed of Trust | **EMPLOYMENT** | ☐ Trust Established |
| ☐ Negligence | ☐ Land Installments | ☐ ADA | ☐ Trustee Substitution/Removal |
| ☐ Nuisance | ☐ Lien | ☐ Conspiracy | ☐ Witness Appearance-Compel |
| ☐ Premises Liability | ☐ Mortgage | ☐ EEO/HR | **PEACE ORDER** |
| ☐ Product Liability | ☐ Right of Redemption | ☐ FLSA | ☐ Peace Order |
| ☐ Specific Performance | ☐ Statement Condo | ☐ FMLA | **EQUITY** |
| ☐ Toxic Tort | ☐ Forfeiture of Property / Personal Item | ☐ Worker's Compensation | ☐ Declaratory Judgment |
| ☐ Trespass | ☐ Fraudulent Conveyance | ☐ Wrongful Termination | ☐ Equitable Relief |
| ☐ Wrongful Death | ☐ Landlord-Tenant | **INDEPENDENT PROCEEDINGS** | ☐ Injunctive Relief |
| **CONTRACT** | ☐ Lis Pendens | ☐ Assumption of Jurisdiction | ☐ Mandamus |
| ☐ Asbestos | ☐ Mechanic's Lien | ☐ Authorized Sale | **OTHER** |
| ☐ Breach | ☐ Ownership | ☐ Attorney Appointment | ☐ Accounting |
| ☐ Business and Commercial | ☐ Partition/Sale in Lieu | ☐ Body Attachment Issuance | ☐ Friendly Suit |
| ☐ Confessed Judgment (Cont'd) | ☐ Quiet Title | ☐ Commission Issuance | ☐ Grantor in Possession |
| ☐ Construction | ☐ Rent Escrow | | ☐ Maryland Insurance Administration |
| ☐ Debt | ☐ Return of Seized Property | | ☐ Miscellaneous |
| ☐ Fraud | ☐ Right of Redemption | | ☐ Specific Transaction |
| | ☐ Tenant Holding Over | | ☐ Structured Settlements |

CC-DCM-002 (Rev. 12/2022)                Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☒ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☒ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.*

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☒ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☒ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation   ☐ Yes ☒ No          C. Settlement Conference   ☐ Yes ☒ No
B. Arbitration   ☐ Yes ☒ No         D. Neutral Evaluation       ☐ Yes ☒ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response        ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 12/2022)                               Page 2 of 3

### COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☒ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

April 3, 2025
Date

Sara Gross /s/
Signature of Attorney / Party

0412140305
Attorney Number

100 N. Holliday St.
Address

Sara Gross
Printed Name

Baltimore       MD        21202
City            State     Zip Code

CC-DCM-002 (Rev. 12/2022)                Page 3 of 3