# EXHIBIT E

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Baltimore City - Civil** |
| Location: | **Baltimore City Circuit Court** |
| Case Number: | **C-24-CV-25-002683** |
| Title: | **Mayor and City Council of Baltimore vs. DraftKings, Inc., et al.** |
| Case Type: | **Injunction** |
| Filing Date: | **04/03/2025** |
| Case Status: | **Open** |

### Involved Parties Information

#### Plaintiff

Name: **Mayor and City Council of Baltimore**

Address: **100 N. Holliday Street**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **GROSS, SARA ELAINE** |
| Appearance Date: | **04/03/2025** |
| Address Line 1: | **City Hall, Solicitors Office** |
| Address Line 2: | **100 N. Holliday St** |
| City: | **Baltimore**   State: **MD**   Zip Code: **21202** |

#### Defendant

Name: **Flutter Entertainment PLC d/b/a FanDuel Inc.**

Address: **CSC Lawyers Incorporating Service Company**
**7 Saint Paul Street**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

#### Defendant

Name: **DraftKings, Inc.**

Address: **The Corporation Trust, Inc.**
**2405 York Road**
City: **Lutherville-Timonium**   State: **MD**   Zip Code: **21093**

## Document Information

File Date: **04/03/2025**
Document Name: **Complaint / Petition**
Comment: **Complaint**

File Date: **04/03/2025**
Document Name: **Case Information Report Filed**
Comment: **Maryland Civil Cover Sheet**

File Date: **04/03/2025**
Document Name: **Line**
Comment: **Request for Summons**

File Date: **04/03/2025**
Document Name: **Summons Issued (Service Event) - New Case**
Comment:

File Date: **04/03/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:

File Date: **04/03/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **Summons**

File Date: **04/03/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **Summons**

File Date: **04/29/2025**
Document Name: **Affidavit - Service**
Comment: **Return of Service--Defendant DraftKings**

File Date: **04/29/2025**
Document Name: **Return of Service - Served**
Comment: **Return of Service--Defendant Flutter**

# Service Information

| Service Type | Issued Date |
|---|---|
| Summons Issued | 04/03/2025 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114