UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CITY OF BALTIMORE, *ex rel.* Ebony Thompson, <br><br> *Plaintiff*, <br><br> v. <br><br> DRAFTKINGS INC. and FLUTTER ENTERTAINMENT PLC d/b/a FANDUEL INC., <br><br> *Defendants*. | Case No. 25-cv-01487-SAG |

## [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE AND GRANTING LEAVE TO FILE OVERLENGTH BRIEFS

Upon consideration of the Parties' Joint Motion to Set a Briefing Schedule and Grant Leave to File Overlength Briefs in Relation to Defendants' Planned Motion to Dismiss, the Court hereby GRANTS the Joint Motion, and sets the following briefing schedule:

| Event | Date | Page Limit |
|---|---|---|
| Defendants' deadline to file a joint Motion to Dismiss (or to otherwise respond to the Complaint) | June 13, 2025 | 45 pages |
| Plaintiff's deadline to file an Opposition Brief | July 18, 2025 | 45 pages |
| Defendants' deadline to file a joint Reply | August 8, 2025 | 25 pages |

IT IS SO ORDERED.

_____
Stephanie A. Gallagher
United States District Judge