UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CITY OF BALTIMORE, *ex rel.* Ebony Thompson,<br><br>*Plaintiff*,<br><br>v.<br><br>DRAFTKINGS INC. and FLUTTER ENTERTAINMENT PLC d/b/a FANDUEL INC.,<br><br>*Defendants*. | Case No. 25-cv-01487-SAG |

# CORPORATE DISCLOSURE STATEMENT OF DRAFTKINGS INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant DraftKings Inc. ("DraftKings"), through its undersigned counsel, states as follows:

1. DraftKings is a Nevada corporation with its principal place of business in Massachusetts.

2. DraftKings is not owned by a parent company.

3. DraftKings is publicly traded. The following entities own 5% or more of DraftKings: The Vanguard Group and BlackRock, Inc.

4. The following entities are direct subsidiaries of DraftKings: DraftKings Holdings Inc., Golden Nugget Online Gaming, Inc., and Simplebet LLC.

| | |
|---|---|
| Dated: May 12, 2025 | Respectfully Submitted, |

*Richard R. Patch*

Richard R. Patch*
Clifford E. Yin*
Christopher J. Wiener*
Sarah E. Peterson*
COBLENTZ PATCH DUFFY &
  BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: (415) 391-4800
ef-rrp@cpdb.com
ef-cey@cpdb.com
ef-cjw@cpdb.com
ef-sep@cpdb.com

*\*pro hac vice* motions forthcoming

*/s/ Ty Kelly Cronin*
Ty Kelly Cronin (Bar No. 27166)
Alison C. Schurick (Bar No. 19770)
Michael A. Brown (Bar No. 20814)
100 Light Street, 19th Floor
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Baltimore, MD 21202
Telephone: (410) 862-1134
tykelly@bakerdonelson.com
aschurick@bakerdonelson.com
mbrown@bakerdonelson.com

*Attorneys for DraftKings Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2025, the foregoing was filed through the Court's electronic filing system and thereby sent to all counsel of record. I further certify that a copy will be served by U.S. Mail, postage prepaid, upon the following counsel for Plaintiff:

>Ebony M. Thompson
>City Solicitor
>Sara Gross
>Chief, Affirmative Litigation Division
>Thomas P.G. Webb
>Deputy Chief, Affirmative Litigation Division
>BALTIMORE CITY LAW DEPARTMENT
>City Hall, Room 101
>100 North Holliday Street
>Baltimore, Maryland 21202
>
>Adam J. Levitt
>Daniel R. Schwartz
>Daniel R. Ferri
>Eaghan Davis
>Rebecca Trickey
>DICELLO LEVITT LLP
>Ten North Dearborn Street, Sixth Floor
>Chicago, Illinois 60602

*/s/ Tonya Kelly Cronin*
Tonya Kelly Cronin

*Attorney for DraftKings Inc.*