IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>       Plaintiff,<br><br>v.<br><br>DRAFTKINGS, INC., *et al.*,<br><br>       Defendants. | Case No. 25-CV-01487-SAG |

**ORDER STAYING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND EXTENDING DEADLINES TO BRIEF PLAINTIFF'S MOTION TO <u>REMAND</u>**

Upon consideration of the Parties' Joint Motion to Stay Defendants' Deadline to Respond to Complaint and Extend Deadlines to Brief Plaintiff's Motion to Remand, the Court hereby GRANTS the Joint Motion, and sets the following briefing schedule:

| Event | Date |
|---|---|
| Plaintiff's deadline to file a Motion to Remand | June 6, 2025 |
| Defendants' deadline to oppose Plaintiff's Motion to Remand | July 7, 2025 |
| Plaintiff's deadline to file a Reply in support of its Motion to Remand | July 28, 2025 |
| Defendants' deadline to file a Motion to Dismiss or otherwise respond to the Complaint | +30 days from date of the Court's order resolving Plaintiff's Motion to Remand |
| Plaintiff's deadline to file an Opposition to Defendants' Motion to Dismiss | +35 days from date of Defendants' Motion to Dismiss |
| Defendants' deadline to file a Reply in Support of their Motion to Dismiss | +21 days from date of Plaintiff's Opposition |

It is further ORDERED that the briefing deadlines relating to Defendants' Motion to Dismiss set forth in the Court's Order of May 9, 2025 are hereby STAYED.

It is further ORDERED that the deadline for Defendants to respond to Plaintiff's Complaint shall be 30 days after the Court has ruled on Plaintiff's Motion to Remand.

IT IS SO ORDERED

/s/  June 5, 2025
Stephanie A. Gallagher
United States District Judge