UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CITY OF BALTIMORE, *ex rel.* Ebony Thompson, <br><br> *Plaintiff*, <br><br> v. <br><br> DRAFTKINGS INC., a Nevada corporation, and FLUTTER ENTERTAINMENT PLC d/b/a FANDUEL INC., an Irish corporation, <br><br> *Defendants*. | Case No. 1:25-cv-01487-SAG |

## NOTICE OF APPEAL

Notice is hereby given that Defendants DraftKings Inc. and Flutter Entertainment PLC (collectively, "Defendants"), Defendants in the above captioned case, pursuant to 28 U.S.C. §§ 1291 and 1447(d), hereby appeal to the United States Court of Appeals for the Fourth Circuit the Memorandum Opinion, entered in this case on 11/12/2025, granting Plaintiff's Motion to Remand pursuant to the *Burford* abstention doctrine.

Dated: November 12, 2025                              Respectfully Submitted,

                                                                                          **COVINGTON & BURLING, LLLP**

                                                                                          */s/ Nicole Agama*
                                                                                          Nicole Agama (Bar No. 31615)
                                                                                          Gary M. Rubman*
                                                                                          Phyllis A. Jones*
                                                                                          Andrew P. Stanner*
                                                                                          Amber M. Charles*
                                                                                          COVINGTON AND BURLING, LLP
                                                                                          One CityCenter

850 10th Street NW
Washington, D.C., 20001
(202) 662-6000
mimbroscio@cov.com
pajones@cov.com
grubman@cov.com
astanner@cov.com
acharles@cov.com
nagama@cov.com

**Admitted pro hac vice*

***Attorneys for Flutter Entertainment plc***

**COBLENTZ PATCH DUFFY & BASS LLP**

*/s/ Richard R. Patch***
Richard R. Patch*
Clifford E. Yin*
Christopher J. Wiener*
Sarah E. Peterson*
One Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: (415) 391-4800
ef-rrp@cpdb.com
ef-cey@cpdb.com
ef-cjw@cpdb.com
ef-sep@cpdb.com

*\*Admitted pro hac vice*

*\*\*Signed by Nicole Agama with permission of Richard R. Patch*

**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC**

*/s/ Ty Kelly Cronin***
Ty Kelly Cronin (Bar No. 27166)
Alison C. Schurick (Bar No. 19770)
Michael A. Brown (Bar No. 20814)
100 Light Street, 19th Floor
Baltimore, MD 21202
Telephone: (410) 862-1134

tykelly@bakerdonelson.com
aschurick@bakerdonelson.com
mbrown@bakerdonelson.com

*\*\*Signed by Nicole Agama with permission of Ty Kelly Cronin*

***Attorneys for DraftKings Inc.***

## **CERTIFICATE OF SERVICE**

I certify that on November 12 2025, I electronically filed the foregoing document (including exhibits) via CM/ECF on all counsel of record.

*/s/ Nicole Agama*
Nicole Agama
