

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Northern Division Address                David E. Ciambruschini, Chief Deputy

November 12, 2025

Circuit Court for Baltimore City
111 N. Calvert Street
Baltimore, MD 21202

    RE:    City of Baltimore v. DraftKings Inc. et al
            Civil Action No. 25-cv-01487-SAG
            C-24-CV-25-002683

Dear Clerk:

On November 10, 2025, the Honorable Stephanie A. Gallagher signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

                Sincerely,

                Catherine M. Stavlas, Clerk

      By:    /s/
                K. Kropkowski, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS      DAY OF      20   .

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov