

100 LIGHT STREET
BALTIMORE, MD 21202

PHONE:   410.685.1120
FAX:        410.547.0699

www.bakerdonelson.com

TY KELLY, SHAREHOLDER
**Direct Dial**: 410.862.1049
**E-Mail Address**: tykelly@bakerdonelson.com

November 12, 2025

**VIA ECF**

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Courthouse
101 W. Lombard Street
Baltimore, Maryland 21202

      Re:    *City of Baltimore, ex rel. Ebony Thompson v. DraftKings, Inc., et al.*
              1:25-cv-01487-SAG

Dear Judge Gallagher:

      We write on behalf of all Defendants in reference to the Court's Memorandum Opinion (ECF No. 46) and Order (ECF No. 48) (collectively, "Remand Order") granting Plaintiff's Motion to Remand.

      The Remand Order remanded this case to the Circuit Court for Baltimore City pursuant to the *Burford* abstention doctrine. Because remand was based on an abstention doctrine, the Remand Order is considered a final order subject to appeal under 28 U.S.C. § 1291. *See Bryan v. BellSouth Commcn's*, 377 F.3d 424, 428 (4th Cir. 2004) ("[W]here a district court has remanded a lawsuit to state court based on abstention principles, the remand is considered a final order appealable under 28 U.S.C. § 1291").

      Promptly upon receiving the Remand Order, Defendants noticed their appeal of the Remand Order to the U.S. Court of Appeals for the Fourth Circuit (ECF No. 49) ("Appeal Notice").[1]   Defendants' Appeal Notice was filed *before* the Clerk docketed a copy of letter correspondence directed to the Circuit Court for Baltimore City regarding mailing of the Remand Order (ECF No. 51). As a result, the Court was (and is) divested of its authority to mail the Remand Order to the circuit court during the pendency of the appeal. *See City of Martinsville v. Express Scripts*, 128 F.4th 265, 271-72 (4th Cir. 2025) ("[Defendants'] appeal divested the district court of authority over the issues involved in that appeal, and the district court had no power to mail its

---

[1] Defendants originally filed a Notice of Appeal (ECF No. 47) after receiving the Court's Memorandum Opinion and subsequently re-filed an Amended Notice of Appeal (ECF No. 49) to also identify the Order (ECF No. 48). Both notices of appeal were filed before the Clerk's letter correspondence to the circuit court was docketed.

*The Hon. Stephanie A. Gallagher*
*November 12, 2025*
*Page 2*

order to state court."). Accordingly, Defendants respectfully request that the Court enter an Order directing the Clerk of this Court to refrain from physically mailing to the Clerk of the Circuit Court for Baltimore City the certified Remand Order during the pendency of Defendants' appeal.

Should Your Honor have any questions or wish to discuss this matter, counsel can be available at Your Honor's convenience.

          Respectfully,

          BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, PC

          */s/ Ty Kelly*
          _____
          Ty Kelly

cc: All counsel (via CM/ECF)