# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF BALTIMORE<br><br>  Plaintiff,<br><br>  v.<br><br>DRAFTKINGS INC. et al.,<br><br>  Defendants. | Civil Action No.:  SAG-25-01487 |

## ORDER

On November 12, 2025, following a notice of appeal, the Clerk's Office issued and mailed a correspondence to the Circuit Court for Baltimore City notifying them that the case had been remanded, ECF 51. That notice is hereby VACATED. This Court has contacted the Circuit Court for Baltimore City by telephone, notifying them that the notice has been vacated and to return the notice to the U.S. District Court. This case is now stayed and administratively closed, subject to reopening (either for remand or for further consideration) once the appeal has been adjudicated.

November 13, 2025                     /s/
                                                        Stephanie A. Gallagher
                                                        United States District Judge